THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM M. CLAYTON et al., Appellants.

*Appeal — failure to prosecute.*

*People v. Clayton,* 185 App. Div. 887, appeal dismissed.

(Submitted January 10, 1921; decided January 18, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1918, which affirmed a judgment of the Court of Special Sessions convicting the defendant of the crime of publishing an indecent magazine.

The motion was made on the ground of failure to prosecute the appeal.

*Edward Swann, District Attorney (Felix C. Benvenga* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.